In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-235 CR


NO. 09-05-236 CR


____________________



MITCHELL DARKINS III, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause Nos. 71034 and 71314






MEMORANDUM OPINION


 Mitchell Darkins III was convicted of the offense of burglary of a habitation in
Cause Nos. 71034 and 71314. Darkins filed notice of appeal on May 26, 2005. In each
case, the trial court entered a certification of the defendant's right to appeal in which the
court certified that this is a plea-bargain case, and the defendant has no right of appeal. 
See Tex. R. App. P. 25.2(a)(2). The trial court's certifications have been provided to the
Court of Appeals by the district clerk.

 On June 6, 2005, we notified the parties that the appeals would be dismissed unless 
amended certifications were filed within thirty days of the date of the notices and made a
part of the appellate records. See Tex. R. App. P. 37.1. The records have not been
supplemented with amended certifications. Because a certification that shows the
defendant has the right of appeal has not been made part of the record, the appeals must
be dismissed. See Tex. R. App. P. 25.2(d).

 Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED.

 ___________________________

 STEVE MCKEITHEN

 Chief Justice


Opinion Delivered July 27, 2005

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.